IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : DOCKET NO. 4:23-CR-14 (CDL-MSH) |
| TOWNES WARD BORUM | : |
| _____ | : |

### PROTECTIVE ORDER AUTHORIZING DISCLOSURE

The Government has filed a motion to disclose the following documents in this case to counsel for the government and counsel for the defendants in the case of *United States v. Thomas Kern Gissell*, No. 2:23-CR-00158-JFW-1 (C.D. Cal.).  The documents are: (1) the complaint against Townes Ward Borum; (2) Borum's plea agreement; and (3) the underlying search warrants related to Borum.

The attorneys for defendant may allow defendant to review the discovery materials but shall not release custody of those materials to the defendant and shall safeguard against the release of these materials pursuant to the Protective Order in the *Gissell* matter.

IT IS SO ORDERED this **14th** day of **November, 2023**.

S/Clay D. Land
Hon. Clay D. Land
U.S. District Judge,
Middle District of Georgia